FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

### COMPLAINT

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAR 25 2024
ARTHUR JOHNSTON
BY_____ DEPUTY

James
(Last Name)        (Identification Number)

Jonathan                Marta
(First Name)            (Middle Name)

(Institution)_____
2109 Jesse Half Road, Magnolia, MS, 39652
(Address)
(Enter above the full name of the plaintiff, prisoner and address of plaintiff in this action)

V.   CIVIL ACTION NUMBER: 5:24-cv-28-DCB-BWR
(to be completed by the Court)

Pike County Sheriff's Department
3 Pike County Board of Supervisors

(Enter the full name of the defendant(s) in this action)

### GENERAL INFORMATION

A. At the time of the incident complained of in this complaint, were you incarcerated?
   Yes (✓)   No ( )

B. Are you presently incarcerated?
   Yes (✓)   No ( )

C. At the time of the incident complained of in this complaint, were you incarcerated because you had been convicted of a crime?
   Yes ( )   No (✓)

D. Are you presently incarcerated for a parole or probation violation?
   Yes (✓)   No ( )

E. At the time of the incident complained of in this complaint, were you an inmate of the Mississippi Department of Corrections (MDOC)?
   Yes (✓)   No ( )

F. Are you currently an inmate of the Mississippi Department of Corrections (MDOC)?
   Yes (✓)   No ( )

Page 1 of 4

## PARTIES

(In item I below, place your name and prisoner number in the first blank and place your present address in the second blank.)

I. Name of plaintiff: Jonathan James     Prisoner Number: N/6152

Address: 2109 Jesse Hall Rd. Magnolia, MS 39652

_____

_____

(In item II below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use the space below item II for the names, positions and places of employment of any additional defendants.)

II. Defendant: Pike County Sheriffs Office etc. is employed as _____

_____ at _____

The plaintiff is responsible for providing his/her address and in the event of a change of address, the new address of plaintiff as well as the name(s) and address(es) of each defendant(s). Therefore, the plaintiff is required to complete the portion below:

PLAINTIFF:

NAME: Jonathan James        ADDRESS: 2109 Jesse Hall Rd. Magnolia, MS 39652

_____    _____

DEFENDANT(S):

NAME: Pike County Sheriffs Office  ADDRESS: 2109 Jesse Hall Rd. Magnolia, MS 39652

_____    _____

_____    _____

## OTHER LAWSUITS FILED BY PLAINTIFF

**NOTICE AND WARNING**
The plaintiff must fully complete the following questions. Failure to do so may result in your case being dismissed.

A. Have you ever filed any lawsuits in a court of the United States? Yes (✓) No ( )

B. If your answer to A is yes, complete the following information for each and every civil action and appeal filed by you. (If there is more than one action, complete the following information for the additional actions on the reverse of this page or additional sheets of paper.)

CASE NUMBER 1.
1. Parties to the action: Magnolia Police Department

2. Court (if federal court, name the district; if state court, name the county): Southern District of Mississippi Western Division

3. Docket Number: 5:24-cv-00019-KS-BWR

4. Name of judge to whom case was assigned: Bradley W. Rath

5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?) Pending

CASE NUMBER 2.
1. Parties to the action: _____

2. Court (if federal court, name the district; if state court, name the county): _____

3. Docket Number: _____

4. Name of judge to whom case was assigned: _____

5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?) _____

Page 3 of 4

**STATEMENT OF CLAIM**

III. State here as briefly as possible the facts of your case. Describe how each defendant is involved. Also, include the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. (Use as much space as you need; attach extra sheet(s) if necessary).

I'm filing this complaint due to the living conditions here at the Pike County Jail. We're currently living in inhumane conditions such as mold in the showers, an overcrowded jail population, no accessible emergency buttons, unsecure cell doors, non working lights in the cell, etc. I've also had my social security number exposed on my medical paperwork to other inmates.

**RELIEF**

IV. State what relief you seek from the court. Make no legal arguments. Cite no cases or statutes.

Signed this 20 day of March, 20 24.

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Jonathan James
Signature of plaintiff

Page 4 of 4