Jonathon James
2109 Jessie Hall Rd
Magnolia Ms 39652

Legal Mail

POSTAGE DUE .24
POSTAGE DUE .24

RECEIVED
MAR 25 2024
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISS.

MAR 22 2024
MAGNOLIA USPS

U.S. District Court
501 E. Court St, suite 2.500
Jackson, Ms 39201

39201$5022 C006